DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| JANET SMITH-RUSSO,<br>Administratrix of the ESTATE OF<br>JOHN J. RUSSO, Deceased,<br><br>      Plaintiffs,<br><br>      v.<br><br>TOP SAILS, INC., and VIRGIN<br>EXCURSIONS, LLP,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 2017-63 |

**ATTORNEYS:**

**Frederick A. Gunion, Jr.**,
Law Offices of Robert Dixon
Miami, FL
**Kevin O'Brien**
Stampone Law, PC
Cheltenham, PA
**Ravinder Nagi**
**Mark Alan Kragel**
Bolt Nagi PC
St. Thomas, U.S.V.I.
    *For Janet Smith-Russo, Administratrix of the Estate of John J. Russo, Deceased,*

**Richard J McAlpin**
**Kassandra Doyle Taylor**
McAlpin Conroy, P.A.
Miami, FL
**Matthew J. Duensing**
Stryker, Duensing, Casner & Dollison
St Thomas, U.S.V.I.
    *For Top Sails, INC., and Virgin Excursions, LLP.*

# ORDER

**GÓMEZ, J.**

It is hereby **ORDERED** that the above captioned matter is scheduled for mediation before the Honorable Judge Juan R. Sánchez, in Courtroom 3 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The mediation shall commence promptly at **1:30 P.M. on Friday, December 21, 2018;** it is further

**ORDERED** that, no later than **4:00 P.M. on Tuesday, December 11, 2018,** the parties shall each submit a two-page confidential position paper in .pdf format to sanchezdocs@paed.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

                                              **S/**_____
                                                **CURTIS V. GÓMEZ**
                                                **District Judge**